# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0568
LT Case No. 42-2022-CF-4629-A

———————————————

BENJAMIN CHRISTOPHER
WALKER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Barbara Kissner, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen
R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

January 23, 2026

PER CURIAM.

We affirm this *Anders*[1] appeal of Appellant, Benjamin Christopher Walker's, judgment and sentence imposed following the jury trial in which he was found guilty of trafficking in methamphetamine, possession of ammunition by a convicted felon, and possession of drug paraphernalia. We affirm in all regards, except that we remand to the trial court for entry of an amended cost order to correct a scrivener's error by removing the $100 charge for the public defender application fee, and replacing it with a charge of $50 for the public defender application fee, as the trial court correctly ruled when it granted Appellant's Florida Rule of Criminal Procedure 3.800(b)(2) motion.

AFFIRMED, REMANDED WITH INSTRUCTIONS.

JAY, C.J., and EDWARDS and SOUD, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

---

[1] *Anders v. California*, 386 U.S. 738 (1967).